■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL BELLADONNA, Also Known as PAUL EDDINS, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—Appeal by the petitioner from a judgment of the Supreme Court, Westchester County, entered February 14, 1986.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Wood at the Supreme Court, Westchester County. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.